JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LISA M. BERNAL, | ) | Case No. CV 20-10292-GW (JPR) |
| Plaintiff, | ) | |
| v. | ) | **J U D G M E N T** |
| PROVIDENCE HEALTH & SERVICES et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 17, 2021

_George H. Wu_
_____
GEORGE H. WU
U.S. DISTRICT JUDGE